**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7034**

DWIGHT DAVID LEWIS,

Plaintiff - Appellant,

versus

WILLIAM CLOUD HICKLIN, IV, Attorney; UNKNOWN
COURT REPORTER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-00-429-7)

Submitted: September 26, 2000      Decided: October 19, 2000

Before WILKINS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight David Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight David Lewis appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we affirm on the reasoning of the district court. See Lewis v. Hicklin, No. CA-00-429-7 (W.D. Va. July 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order did not address Lewis' claim against the "Unknown Court Reporter," the district court's reasoning is equally applicable to the court reporter. Consequently, there is no basis for further adjudication of this matter unless Lewis can demonstrate the invalidity of his conviction. See Insinga v. LaBella, 817 F.2d 1469, 1470 (11th Cir. 1987); see also Bankers Trust Co. v. Mallis, 435 U.S. 381, 386-87 (1978) (finding appellate jurisdiction "to secure the just, speedy, and inexpensive determination" of the action, provided no detriment to the parties). We therefore find that despite the district court's oversight, we have jurisdiction over this appeal.